```
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
-------------------------------------------------------
                                          :
JOHN L. CORBIN,                           :
                                          :     CASE NO. 1:12-CV-2419
         Plaintiff,                       :
                                          :
v.                                        :     OPINION & ORDER
                                          :     [Resolving Doc. No. 1]
COMMISSIONER OF SOCIAL                    :
SECURITY ADMINISTRATION,                  :
                                          :
         Defendant.                       :
-------------------------------------------------------
```

JAMES S. GWIN, UNITED STATES DISTRICT JUDGE:

On September 26, 2012, Plaintiff Corbin filed a complaint seeking judicial review of Defendant Commissioner of Social Security's decision to deny him disability insurance benefits and supplemental security income.[1] Under Local Rule 72.2, the Court referred the petition to Magistrate Judge Kathleen B. Burke for a Report and Recommendation. On October 21, 2013, Magistrate Judge Burke issued a report recommending this Court affirm the Commissioner's decision.[2] The Court **ADOPTS** the Magistrate Judge's Report and Recommendation and **DISMISSES** Plaintiff's complaint.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection.[3]

---

[1] Doc. 1.

[2] Doc. 19.

[3] 28 U.S.C. § 636(b)(1).

Case No. 1:12-CV-2419
Gwin, J.

Parties must file any objections to a Report and Recommendation within fourteen days of service.[4] Failure to object within that time waives a party's right to appeal the magistrate judge's recommendation.[5] Absent objection, a district court may adopt the magistrate judge's report without review.[6]

In this case, neither party objected to the Magistrate Judge's recommendation. Accordingly, the Court **ADOPTS** in whole Magistrate Judge Burke's Report and Recommendation and incorporates it fully herein by reference. The Court **DISMISSES** Plaintiff's complaint.

IT IS SO ORDERED.


Dated: November 12, 2013              s/    *James S. Gwin*
                                      JAMES S. GWIN
                                      UNITED STATES DISTRICT JUDGE

---

[4] Fed. R. Civ. P. 72(a).

[5] *Id.*; see *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

[6] *Thomas*, 474 U.S. at 149.

-2-